UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

'04 OCT -5 P4 :15

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEVEN J. PARR,

Defendant.

Green Bay

Case No. 04-CR-

04-CR 235

---

## INDICTMENT

**The Grand Jury Charges:**

1.   Between on or about August 17, 2004, and on or about September 20, 2004, in the State and Eastern District of Wisconsin, and elsewhere,

**Steven J. Parr,**

without lawful authority, did threaten to use a weapon of mass destruction against property leased and used by the United States and departments and agencies of the United States.

2.   The property was the Reuss Federal Plaza in Milwaukee, Wisconsin.

All in violation of Title 18, United States Code, section 2332a.

## Sentencing Allegations

3.    With respect to the offense described above:

(a) the conduct of the defendant created a substantial risk of death or serious bodily injury to a person other than a participant in the offense, and that risk was created knowingly; and the conduct involved the attempted destruction of a government facility and place of public use.  *See* U.S.S.G. section 2K1.4.

(b) the defendant committed the offense while under a criminal justice sentence, and that sentence was the result of a felony controlled substance offense. *See*  U.S.S.G. sections 4A1.1 and 4A1.2.

A TRUE BILL:

_____
FOREPERSON
Dated:  _10 - 5 - 04_

_____
STEVEN M. BISKUPIC
United States Attorney

2