# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

FILED

APR 2 7 2006

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case No. 04-CR-235

STEVEN J. PARR,

        Defendant.

## VERDICT

We, the jury, for our verdict in the above-entitled action, find as follows:

As to the offense charged in the Indictment of threatening to use a weapon of mass destruction against property leased or used by the United States or by any department or agency of the United States, we find the defendant, Steven J. Parr, **guilty**.

Dated this  $27th$  day of April, 2006.



Jury foreperson